In the Matter of BERNARD J. TINNEY.— Reference ordered to Hon. John J. Freedman, official referee. Order to be settled no notice. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

JOSEPHINE CASSEL, as Administratrix, etc., Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

SOPHIE LEMBERT, an Infant, by HARRY JACKSON, Her Guardian ad Litem, Respondent, v. SOUTH BROOKLYN RAILWAY COMPANY, Appellant, and NEW YORK CONSOLIDATED RAILROAD COMPANY.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

MAY BROWN, Respondent, v. COMMERCIAL ADVERTISER ASSOCIATION, Appellant.— Judgment affirmed, with costs, with leave to defendant to amend on payment of costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

NASSAU ASSETS COLLECTING COMPANY, Appellant, v. GEORGE C. VAN TUYL, JR., as Superintendent of Banks of the State of New York, Respondent. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

GRINNELL WILLIS and Others, Doing Business under the Firm Name, etc., Respondents, v. IMPERIAL UNDERWEAR COMPANY, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY REAL ESTATE COMPANY, Respondent, v. LAWSON PURDY and Others, Commissioners, Composing the Board of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1913.)— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

JACOB SCHEER and Another, Appellants, v. SCHEER-GINSBERG REALTY AND CONSTRUCTION COMPANY and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott and Smith, JJ.

JOSEPH SMULOWITZ, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.